UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JIMMIE BURTS,<br><br>                        Plaintiff,<br><br>   v.<br><br>NANCY A. BERRYHILL, Deputy Commissioner of Social Security for Operations,<br><br>                       Defendant. | Case No. C18-5010 RAJ<br><br>**ORDER PERMITTING WITHDRAWAL OF ATTORNEY** |

The Motion to Withdraw as Attorney (Dkt. 13) filed by plaintiff's counsel is hereby **GRANTED**.

DATED this 30th day of May, 2018.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

ORDER PERMITTING WITHDRAWAL OF ATTORNEY - 1